# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**KENNETH MITCHELL FONGERS**                                                           **PETITIONER**
Reg #30907-076

v.                                              Case No: 2:24-cv-00046-LPR

**C. GARRETT,**
*Warden, FCC Forrest City*                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris (Doc. 9) and the Petitioner's Objections (Doc. 12). After a *de novo* review of the RD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE