**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**KENNETH MITCHELL FONGERS**                                              **PETITIONER**
**Reg #30907-076**

**v.**                                  **Case No: 2:24-cv-00046-LPR**

**C. GARRETT,**
*Warden, FCC Forrest City*                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 1st day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE